B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT<br>District of Delaware | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Protech Holdings C, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>N/A |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>N/A | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>N/A |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>31-1767933 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>N/A |
| Street Address of Debtor (No. and Street, City, and State):<br>1801 California Street, Suite 3900, Denver, CO<br><br>ZIP CODE 80202 | Street Address of Joint Debtor (No. and Street, City, and State):<br>N/A<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Denver | County of Residence or of the Principal Place of Business:<br>N/A |
| Mailing Address of Debtor (if different from street address):<br>N/A<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>N/A<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>N/A | ZIP CODE |

| Type of Debtor<br>(Form of Organization)<br>(Check one box ) | Nature of Business<br>(Check one box ) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box ) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below )<br><br>—————————————————<br>————————————————— | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other<br>Real Estate<br><br>**Tax-Exempt Entity**<br>(Check box, if applicable )<br><br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code) | ☐ Chapter 7   ☐ Chapter 15 Petition for<br>☐ Chapter 9       Recognition of a Foreign<br>☑ Chapter 11     Main Proceeding<br>☐ Chapter 12  ☐ Chapter 15 Petition for<br>☐ Chapter 13     Recognition of a Foreign<br>                Nonmain Proceeding<br><br>**Nature of Debts**<br>(Check one box )<br><br>☐ Debts are primarily consumer  ☑ Debts are primarily<br>debts, defined in 11 U.S.C.       business debts<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| Filing Fee (Check one box ) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>signed application for the court's consideration certifying that the debtor is<br>unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D)<br><br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to<br>insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment*<br>*on 4/01/13 and every three years thereafter).*<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes<br>of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | |

Estimated Number of Creditors   (Consolidated with subsidiaries and affiliates)

| ☐<br>1-49 | ☐<br>50-99 | ☐<br>100-199 | ☐<br>200-999 | ☑<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001- Over<br>100,000 | ☐<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets   (Consolidated with subsidiaries and affiliates)

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☑<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities   (Consolidated with subsidiaries and affiliates)

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☑<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): Protech Holdings C, LLC |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)** |||
|---|---|---|
| Location Where Filed: N/A | Case Number: N/A | Date Filed: N/A |
| Location Where Filed: N/A | Case Number: N/A | Date Filed N/A |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.)** |||
|---|---|---|
| Name of Debtor: See Attached Schedule A | Case Number: See Attached Schedule A | Date Filed: See Attached Schedule A |
| District: District of Delaware | Relationship: Affiliates | Judge: Christopher S. Sontchi |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 ) | (To be completed if debtor is an individual whose debts are primarily consumer debts ) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U S C § 342(b). |
| ☐    Exhibit A is attached and made a part of this petition | X _____ Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐    Yes, and Exhibit C is attached and made a part of this petition

☑    No.

**Exhibit D**

(To be completed by every individual debtor  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D )

☐    Exhibit D completed and signed by the debtor is attached and made a part of this petition

If this is a joint petition:

☐    Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition

**Information Regarding the Debtor - Venue**
(Check any applicable box )

☐    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District

☑    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District. or the interests of the parties will be served in regard to the relief sought in this District

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes )

☐    Landlord has a judgment against the debtor for possession of debtor's residence   (If box checked, complete the following )

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered  and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U S C. § 362(l))

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | Protech Holdings C, LLC |

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |
| [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. | (Check only one box.) |
| [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). | ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. |
| I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X _____<br>Signature of Debtor | X _____<br>(Signature of Foreign Representative) |
| X _____<br>Signature of Joint Debtor | _____<br>(Printed Name of Foreign Representative) |
| Telephone Number (if not represented by attorney) | |
| Date | Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X _[signature]_<br>Signature of Attorney for Debtor(s)<br>Mark D. Collins<br>Printed Name of Attorney for Debtor(s)<br>Richards, Layton & Finger, P.A.<br>Firm Name<br>One Rodney Square, 920 North King St., Wilmington, DE 19801<br>Address<br>(302) 651-7700<br>Telephone Number<br>07/29/2010<br>Date | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. |
| *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | _____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C § 110.) |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. | Address<br>X |
| The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. | Date |
| | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. |
| By: Protech Development I, LLC<br>  By: Protech Economics, LLC, its Manager<br>    By: Capmark Affordable Equity Holdings, Inc., Debtor in<br>      Possession, its Manager<br>_[signature]_<br>Alice Kennedy<br>Senior Vice President | Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. |
| Dated: July 29, 2010 | *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

## Schedule A

Current and Pending Bankruptcy Cases in the
District of Delaware Filed by Affiliates of the Debtor

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Summit Crest Ventures, LLC | 09-13683 (CSS) | October 25, 2009 |
| | Relationship:<br><br>Affiliate | Judge:<br><br>Christopher S. Sontchi |
| Name of Debtor:<br><br>Capmark Financial Group Inc. | Case No.<br><br>09-13684 (CSS) | Date Filed:<br><br>October 25, 2009 |
| | Relationship:<br><br>Affiliate | Judge:<br><br>Christopher S. Sontchi |
| Name of Debtor:<br><br>Capmark Capital Inc. | Case No.<br><br>09-13687 (CSS) | Date Filed:<br><br>October 25, 2009 |
| | Relationship:<br><br>Affiliate | Judge:<br><br>Christopher S. Sontchi |
| Name of Debtor:<br><br>Capmark Finance Inc. | Case No.<br><br>09-13689 (CSS) | Date Filed:<br><br>October 25, 2009 |
| | Relationship:<br><br>Affiliate | Judge:<br><br>Christopher S. Sontchi |
| Name of Debtor:<br><br>Commercial Equity Investments, Inc. | Case No.<br><br>09-13692 (CSS) | Date Filed:<br><br>October 25, 2009 |
| | Relationship:<br><br>Affiliate | Judge:<br><br>Christopher S. Sontchi |
| Name of Debtor:<br><br>Mortgage Investments, LLC | Case No.<br><br>09-13696 (CSS) | Date Filed:<br><br>October 25, 2009 |
| | Relationship:<br><br>Affiliate | Judge:<br><br>Christopher S. Sontchi |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Net Lease Acquisition LLC | 09-13699 (CSS) | October 25, 2009 |
| | Relationship: | Judge: |
| | Affiliate | Christopher S. Sontchi |
| Name of Debtor: | Case No. | Date Filed: |
| SJM Cap, LLC | 09-13701 (CSS) | October 25, 2009 |
| | Relationship: | Judge: |
| | Affiliate | Christopher S. Sontchi |
| Name of Debtor: | Case No. | Date Filed: |
| Capmark Affordable Equity Holdings Inc. | 09-13704 (CSS) | October 25, 2009 |
| | Relationship: | Judge: |
| | Affiliate | Christopher S. Sontchi |
| Name of Debtor: | Case No. | Date Filed: |
| Capmark REO Holding LLC | 09-13707 (CSS) | October 25, 2009 |
| | Relationship: | Judge: |
| | Affiliate | Christopher S. Sontchi |
| Name of Debtor: | Case No. | Date Filed: |
| Paramount Managing Member AMBAC II, LLC | 09-13710 (CSS) | October 25, 2009 |
| | Relationship: | Judge: |
| | Affiliate | Christopher S. Sontchi |
| Name of Debtor: | Case No. | Date Filed: |
| Paramount Managing Member AMBAC III, LLC | 09-13713 (CSS) | October 25, 2009 |
| | Relationship: | Judge: |
| | Affiliate | Christopher S. Sontchi |
| Name of Debtor: | Case No. | Date Filed: |
| Paramount Managing Member AMBAC IV, LLC | 09-13716 (CSS) | October 25, 2009 |

|  | Relationship: Affiliate | Judge: Christopher S. Sontchi |
|---|---|---|
| Name of Debtor: Paramount Managing Member AMBAC V, LLC | Case No. 09-13719 (CSS) | Date Filed: October 25, 2009 |
|  | Relationship: Affiliate | Judge: Christopher S. Sontchi |
| Name of Debtor: Paramount Managing Member LLC | Case No. 09-13685 (CSS) | Date Filed: October 25, 2009 |
|  | Relationship: Affiliate | Judge: Christopher S. Sontchi |
| Name of Debtor: Paramount Managing Member II, LLC | Case No. 09-13686 (CSS) | Date Filed: October 25, 2009 |
|  | Relationship: Affiliate | Judge: Christopher S. Sontchi |
| Name of Debtor: Paramount Managing Member III, LLC | Case No. 09-13688 (CSS) | Date Filed: October 25, 2009 |
|  | Relationship: Affiliate | Judge: Christopher S. Sontchi |
| Name of Debtor: Paramount Managing Member IV, LLC | Case No. 09-13690 (CSS) | Date Filed: October 25, 2009 |
|  | Relationship: Affiliate | Judge: Christopher S. Sontchi |
| Name of Debtor: Paramount Managing Member V, LLC | Case No. 09-13693 (CSS) | Date Filed: October 25, 2009 |
|  | Relationship: Affiliate | Judge: Christopher S. Sontchi |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Paramount Managing Member VI, LLC | 09-13695 (CSS) | October 25, 2009 |
| | Relationship: | Judge: |
| | Affiliate | Christopher S. Sontchi |
| Name of Debtor: | Case No. | Date Filed: |
| Paramount Managing Member VII, LLC | 09-13697 (CSS) | October 25, 2009 |
| | Relationship: | Judge: |
| | Affiliate | Christopher S. Sontchi |
| Name of Debtor: | Case No. | Date Filed: |
| Paramount Managing Member VIII, LLC | 09-13700 (CSS) | October 25, 2009 |
| | Relationship: | Judge: |
| | Affiliate | Christopher S. Sontchi |
| Name of Debtor: | Case No. | Date Filed: |
| Paramount Managing Member IX, LLC | 09-13702 (CSS) | October 25, 2009 |
| | Relationship: | Judge: |
| | Affiliate | Christopher S. Sontchi |
| Name of Debtor: | Case No. | Date Filed: |
| Paramount Managing Member XI, LLC | 09-13705 (CSS) | October 25, 2009 |
| | Relationship: | Judge: |
| | Affiliate | Christopher S. Sontchi |
| Name of Debtor: | Case No. | Date Filed: |
| Paramount Managing Member XII, LLC | 09-13708 (CSS) | October 25, 2009 |
| | Relationship: | Judge: |
| | Affiliate | Christopher S. Sontchi |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Paramount Managing Member XVIII, LLC | 09-13711 (CSS) | October 25, 2009 |
| | **Relationship:** Affiliate | **Judge:** Christopher S. Sontchi |
| **Name of Debtor:** | **Case No.** | **Date Filed:** |
| Paramount Managing Member XIV, LLC | 09-13715 (CSS) | October 25, 2009 |
| | **Relationship:** Affiliate | **Judge:** Christopher S. Sontchi |
| **Name of Debtor:** | **Case No.** | **Date Filed:** |
| Paramount Managing Member XV, LLC | 09-13717 (CSS) | October 25, 2009 |
| | **Relationship:** Affiliate | **Judge:** Christopher S. Sontchi |
| **Name of Debtor:** | **Case No.** | **Date Filed:** |
| Paramount Managing Member XVI, LLC | 09-13720 (CSS) | October 25, 2009 |
| | **Relationship:** Affiliate | **Judge:** Christopher S. Sontchi |
| **Name of Debtor:** | **Case No.** | **Date Filed:** |
| Paramount Northeastern Managing Member, LLC | 09-13723 (CSS) | October 25, 2009 |
| | **Relationship:** Affiliate | **Judge:** Christopher S. Sontchi |
| **Name of Debtor:** | **Case No.** | **Date Filed:** |
| Capmark Affordable Properties Inc. | 09-13691 (CSS) | October 25, 2009 |
| | **Relationship:** Affiliate | **Judge:** Christopher S. Sontchi |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Paramount Managing Member XXIII, LLC | 09-13694 (CSS) | October 25, 2009 |
| | Relationship: | Judge: |
| | Affiliate | Christopher S. Sontchi |
| Name of Debtor: | Case No. | Date Filed: |
| Paramount Managing Member XXIV, LLC | 09-13698 (CSS) | October 25, 2009 |
| | Relationship: | Judge: |
| | Affiliate | Christopher S. Sontchi |
| Name of Debtor: | Case No. | Date Filed: |
| Paramount Managing Member 30, LLC | 09-13703 (CSS) | October 25, 2009 |
| | Relationship: | Judge: |
| | Affiliate | Christopher S. Sontchi |
| Name of Debtor: | Case No. | Date Filed: |
| Paramount Managing Member 31, LLC | 09-13706 (CSS) | October 25, 2009 |
| | Relationship: | Judge: |
| | Affiliate | Christopher S. Sontchi |
| Name of Debtor: | Case No. | Date Filed: |
| Paramount Managing Member 33, LLC | 09-13709 (CSS) | October 25, 2009 |
| | Relationship: | Judge: |
| | Affiliate | Christopher S. Sontchi |
| Name of Debtor: | Case No. | Date Filed: |
| Broadway Street California, L.P. | 09-13712 (CSS) | October 25, 2009 |
| | Relationship: | Judge: |
| | Affiliate | Christopher S. Sontchi |
| Name of Debtor: | Case No. | Date Filed: |
| Broadway Street 2001, L.P. | 09-13714 (CSS) | October 25, 2009 |

|  | Relationship:<br><br>Affiliate | Judge:<br><br>Christopher S. Sontchi |
|---|---|---|
| **Name of Debtor:**<br><br>Broadway Street XV, L.P. | **Case No.**<br><br>09-13718 (CSS) | **Date Filed:**<br><br>October 25, 2009 |
|  | **Relationship:**<br><br>Affiliate | **Judge:**<br><br>Christopher S. Sontchi |
| **Name of Debtor:**<br><br>Broadway Street XVI, L.P. | **Case No.**<br><br>09-13721 (CSS) | **Date Filed:**<br><br>October 25, 2009 |
|  | **Relationship:**<br><br>Affiliate | **Judge:**<br><br>Christopher S. Sontchi |
| **Name of Debtor:**<br><br>Broadway Street XVIII, L.P. | **Case No.**<br><br>09-13722 (CSS) | **Date Filed:**<br><br>October 25, 2009 |
|  | **Relationship:**<br><br>Affiliate | **Judge:**<br><br>Christopher S. Sontchi |
| **Name of Debtor:**<br><br>Broadway Street Georgia I, LLC | **Case No.**<br><br>09-13724 (CSS) | **Date Filed:**<br><br>October 25, 2009 |
|  | **Relationship:**<br><br>Affiliate | **Judge:**<br><br>Christopher S. Sontchi |
| **Name of Debtor:**<br><br>Capmark Managing Member 4.5 LLC | **Case No.**<br><br>09-13725 (CSS) | **Date Filed:**<br><br>October 25, 2009 |
|  | **Relationship:**<br><br>Affiliate | **Judge:**<br><br>Christopher S. Sontchi |
| **Name of Debtor:**<br><br>Capmark Affordable Equity Inc. | **Case No.**<br><br>09-13726 (CSS) | **Date Filed:**<br><br>October 25, 2009 |
|  | **Relationship:**<br><br>Affiliate | **Judge:**<br><br>Christopher S. Sontchi |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Capmark Investments LP | 10-10124 | January 15, 2010 |
| | **Relationship:** | **Judge:** |
| | Affiliate | Christopher S. Sontchi |

Each of the affiliated entities listed above (including the debtor in this chapter 11 case) commenced a voluntary case under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Court"). On October 27, 2009, the Court entered an order (the "Joint Administration Order") [Docket No. 4] authorizing joint administration of the chapter 11 cases commenced by certain of the above Debtors on October 25, 2009, under the number assigned to the chapter 11 case of Capmark Financial Group Inc., Case No. 09-13684 (CSS). On January 19, 2010, the Court entered a similar order (the "Capmark Investments Joint Administration Order") authorizing joint administration of the chapter 11 case commenced by Debtor Capmark Investments LP on January 15, 2010 with the chapter 11 cases of the previously filed Debtors. A motion has been filed with the Court contemporaneously herewith requesting that the chapter 11 case of Protech Holdings C, LLC be consolidated for procedural purposes only and jointly administered with the previously filed cases referenced in the Joint Administration Order and the Capmark Investments Joint Administration Order.

## WRITTEN CONSENT OF THE SOLE MEMBER AND
## MANAGER OF PROTECH HOLDINGS C, LLC

July 29, 2010

The undersigned, being sole member and manager (the "Member") of
Protech Holdings C, LLC, an Ohio limited liability company (the "Company"), does hereby
waive any required notice and consent to the following resolutions:

WHEREAS, the Member, after due and careful consideration of the
financial situation of the Company and the Company's available alternatives, has
determined that it would be desirable and in the best interests of the Company to
immediately commence a voluntary case under title 11 of the United States Code
(the "Bankruptcy Code");

NOW, THEREFORE, BE IT

RESOLVED, that in the judgment of the Member, it is desirable and in the
best interests of the Company, its creditors, employees, and other interested
parties that a voluntary petition be filed by the Company seeking relief under the
provisions of chapter 11 of the Bankruptcy Code;

RESOLVED, that the Member, acting through its Chairman, Chief
Executive Officer, President, Chief Financial Officer, General Counsel, Executive
Vice Presidents, Senior Vice Presidents, Secretary, Directors, and Assistant
Secretaries (each, an "Authorized Person" and collectively, the "Authorized
Persons") is hereby authorized, empowered and directed, in the name, and on
behalf of the Company, to execute and verify petitions, and amendments or
exhibits thereto, under chapter 11 of the Bankruptcy Code and to cause the same
to be filed in the United States Bankruptcy Court for the District of Delaware (the
"Chapter 11 Case") at such time or in such other jurisdiction as such Authorized
Person executing the same shall determine;

RESOLVED, that the law firm of Dewey & LeBoeuf LLP be and is
hereby engaged as attorneys for the Company under a general retainer in the
Chapter 11 Case, subject to any requisite bankruptcy court approval;

RESOLVED, that the law firm of Richards, Layton & Finger, P.A. be and
is hereby engaged as local counsel for the Company under a general retainer in
the Chapter 11 Case, subject to any requisite bankruptcy court approval;

RESOLVED, that KPMG LLP be and is hereby engaged as accounting
advisors to the Company under a general retainer in the Chapter 11 Case, subject
to any requisite bankruptcy court approval;

RESOLVED, that Lazard Frères & Co. LLC be and is hereby engaged as financial advisors to the Company in the Chapter 11 Case, subject to any requisite bankruptcy court approval;

RESOLVED, that Loughlin Meghji + Company be and is hereby engaged as crisis managers to the Company in the Chapter 11 Case, subject to any requisite bankruptcy court approval;

RESOLVED, that Epiq Bankruptcy Solutions, LLC be and is hereby engaged as claims and noticing agent for the Company under a general retainer in the Chapter 11 Case, subject to any requisite bankruptcy court approval;

RESOLVED, that Reed Smith be and is hereby engaged as special counsel to the Company under a general retainer in the Chapter 11 Case, subject to any requisite bankruptcy court approval;

RESOLVED, that Deloitte & Touche LLP be and is hereby engaged as audit and accounting services provider to the Company under a general retainer in the Chapter 11 Case, subject to any requisite bankruptcy court approval;

RESOLVED, that Messana Rosner & Stern LLP be and is hereby engaged as special Delaware counsel to the Company in the Chapter 11 Case, subject to any requisite bankruptcy court approval;

RESOLVED, that Johnson Associates be and is hereby engaged as compensation consultant to the Company in the Chapter 11 Case, subject to any requisite bankruptcy court approval;

RESOLVED, that Duff & Phelps, LLC, be and is hereby engaged as dispute consulting and forensic advisory services provider to the Company under a general retainer in the Chapter 11 Case, subject to any requisite bankruptcy court approval;

RESOLVED, that Deloitte Tax be and is hereby engaged as tax advisors to the Company in the Chapter 11 Case, subject to any requisite bankruptcy court approval;

RESOLVED, that each Authorized Person, and such other officers of the Company as the Authorized Persons shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such officers, be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to negotiate, secure and obtain a commitment for proposed debtor in possession financing to be provided by one or more banks or other institutional lenders in order to meet the Company's financing needs during the prosecution of the Chapter 11 Case;

RESOLVED, that each Authorized Person, and such other officers of the Company as the Authorized Persons shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such officers, be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers or documents and to take and perform any and all further acts and deeds which he or she deems necessary, proper, or desirable in connection with the Chapter 11 Case, with a view to the successful prosecution of such case;

RESOLVED, that each Authorized Person, and such other officers of the Company as any Authorized Person shall from time to time designate, be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to engage and retain all assistance by legal counsel, accountants, financial advisors, restructuring advisors, and other professionals in connection with the Chapter 11 Case, with a view to the successful prosecution of such case;

RESOLVED, that each Authorized Person, and such other officers of the Company as the Authorized Persons shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such officers, be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record, and perform such agreements, instruments, motions, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates, or other documents, and to take such other action as in the judgment of such person shall be or become necessary, proper, and desirable with a view to the successful prosecution of such case;

RESOLVED, that in connection with the Chapter 11 Case, each Authorized Person, and such other officers of the Company as any Authorized Person shall from time to time designate, be, and each hereby is, authorized and empowered on behalf of and in the name of the Company, to negotiate, execute, deliver, and perform or cause the performance of any notes, guarantees, security agreements, other agreements, consents, certificates, or instruments as such person considers necessary, appropriate, desirable, or advisable to effectuate borrowings or other financial arrangements, such determination to be evidenced by such execution or taking of such action;

RESOLVED, that each Authorized Person, and such other officers of the Company as the Authorized Persons shall from time to time designate, be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, and any such actions heretofore taken by any of them are hereby ratified, confirmed, and approved in all respects to: (i) negotiate, execute, deliver, and/or file any and all of the agreements, documents, and instruments referenced herein, and such other agreements, documents, and instruments and assignments thereof as may be required or as such officers deem appropriate or advisable, or to

cause the negotiation, execution, and delivery thereof, in the name and on behalf of the Company, as the case may be, in such form and substance as such officers may approve, together with such changes and amendments to any of the terms and conditions thereof as such officers may approve, with the execution and delivery thereof on behalf of the Company by or at the direction of such officers to constitute evidence of such approval, (ii) negotiate, execute, deliver, and/or file, in the name and on behalf of the Company, any and all agreements, documents, certificates, consents, filings, and applications relating to the resolutions adopted and matters ratified or approved herein and the transactions contemplated thereby, and amendments and supplements to any of the foregoing, and to take such other action as may be required or as such officers deem appropriate or advisable in connection therewith, and (iii) do such other things as may be required, or as may in their judgment be appropriate or advisable, in order to effectuate fully the resolutions adopted and matters ratified or approved herein and the consummation of the transactions contemplated hereby;

RESOLVED, that any and all past actions heretofore taken by any Authorized Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved; and

RESOLVED, that this Written Consent may be executed manually, by facsimile or by electronic signature in any number of counterparts, each of which shall be deemed an original, but all of which together constitute one and the same instrument.

IN WITNESS WHEREOF, this Written Consent shall be effective as of the date first written above.

SOLE MEMBER AND MANAGER:

Protech Development I, LLC

By: Protech Economics, LLC, its Manager

By: Capmark Affordable Equity Holdings
Inc., Debtor in Possession, its Manager

By: _____
Alisa Kennedy
Senior Vice President

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------x
```

| | |
|---|---|
| *In re* | : **Chapter 11 Case No.** |
| **PROTECH HOLDINGS C, LLC,** | : |
| **Debtor.** | : **10-_____ (  )** |
| | : |

```
-------------------------------------------------x
```

## DECLARATION REGARDING CONSOLIDATED LIST OF
## CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

I, the undersigned authorized officer of Protech Development I, LLC, as sole member and manager of Protech Holdings C, LLC, named as the debtor in this case, declare under penalty of perjury that I have reviewed the Consolidated List of Creditors Holding 30 Largest Unsecured Claims filed with the petition documents of Summit Crest Ventures, LLC, chapter 11 case no. 09-13683 [Docket No. 1], and that it is true and correct to the best of my information and belief.

Dated: July 29, 2010
Denver, CO

PROTECH HOLDINGS C, LLC

By: Protech Development I, LLC

By: Protech Economics, LLC, its Manager

By: Capmark Affordable Equity Holdings
Inc., Debtor in Possession, its Manager

By: _____
Alisa Kennedy
Senior Vice President

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------x
                                                :
In re                                           :   Chapter 11 Case No.
                                                :
PROTECH HOLDINGS C, LLC,                        :
                                                :   10-_____ (  )
            Debtor.                             :
                                                :
------------------------------------------------x
```

### LIST OF MEMBERSHIP INTEREST HOLDERS

The following lists the membership interest holders of Protech Holdings C, LLC,

the debtor and debtor in possession in the above-captioned case, as of the date hereof. This list is

being filed pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure.

| Membership Interest Holder | Address | City | State | Zip | Percentage of Membership Interest |
|---|---|---|---|---|---|
| Protech Development I LLC | 1801 California Street, Suite 3900 | Denver | Colorado | 80202 | 100% |

Dated: July 29, 2010
Denver, CO

PROTECH HOLDINGS C, LLC

By: Protech Development I, LLC

By: Protech Economics, LLC, its Manager

By: Capmark Affordable Equity Holdings Inc., Debtor in Possession, its Manager

By: _____
Alisa Kennedy
Senior Vice President

```
--------------------------------------------x
                                            :
In re                                       :   Chapter 11 Case No.
                                            :
PROTECH HOLDINGS C, LLC,                    :
                                            :   10-_____ ( )
            Debtor.                         :
                                            :
--------------------------------------------x
```

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO
## FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007(a)(1) AND 7007.1

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy

Procedure and to enable the Judges to evaluate possible disqualification or recusal, on behalf of

Protech Holdings C, LLC ("Protech C"), the undersigned certifies that the following entities

directly or indirectly own 10% or more of any class of Protech C's membership interests:

- **Protech Development I, LLC**
- **Protech Economics, LLC**
- **Capmark Affordable Equity Holdings, Inc.**

Dated: July 29 , 2010
       Denver, CO

PROTECH HOLDINGS C, LLC

By:  Protech Development I, LLC

By:  Protech Economics, LLC, its Manager

By:  Capmark Affordable Equity Holdings
     Inc., Debtor in Possession, its Manager

By: _____
    Alisa Kennedy
    Senior Vice President

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------x
                                                :
In re                                           :    Chapter 11 Case No.
                                                :
PROTECH HOLDINGS C, LLC,                        :
                                                :    10-_____ (  )
          Debtor.                               :
                                                :
------------------------------------------------x
```

## DECLARATION CONCERNING CORPORATE OWNERSHIP STATEMENT

I, the undersigned authorized officer of Protech Development I, LLC, as sole member and manager of Protech Holdings C, LLC, named as the debtor in this case, declare under penalty of perjury that I have reviewed the Corporate Ownership Statement of Protech Holdings C, LLC, submitted herewith and that it is true and correct to the best of my information and belief.

Dated:   July 29 , 2010
       Denver, CO

PROTECH HOLDINGS C, LLC

By:  Protech Development I, LLC

   By:  Protech Economics, LLC, its Manager

     By:  Capmark Affordable Equity Holdings
       Inc., Debtor in Possession, its Manager

     By:_____
       Alisa Kennedy
       Senior Vice President